## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ricardo Cancel Serrano,<br>aka Ricardo C. Serrano,<br>aka Ricardo Abdiel Cancel Rivera,<br>aka Ricardo Cancel,<br>aka Ricardo C. Serrano-Serrano<br>&<br>Sheila Mari Serrano,<br>pka Sheila Mari LaBoy Aguiar<br><br>Debtor(s) | BK NO. 17-05157 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as Servicer for LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        412-430-3594