```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 17-05157-HWV
Ricardo Cancel Serrano                                                    Chapter 13
Sheila Mari LaBoy
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner              Page 1 of 2                  Date Rcvd: Jan 29, 2018
                              Form ID: ntcnfhrg          Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
```
db/jdb        +Ricardo Cancel Serrano,    Sheila Mari LaBoy,    1224 West King Street,    York, PA 17404-3410
5003306       +Aargon Collection Agency,    8668 Spring Mountain Road,    Las Vegas, NV 89117-4132
5003307       +Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
5003308       +American Recovery Service, Inc.,    555 St. Charles Drive, Suite 110,
                Thousand Oaks, CA 91360-3982
5003310       +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
5003315       +CBNA / The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
5003313        Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
5010466        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5003316       +Credit Bureau of York,    33 South Duke Street,    York, PA 17401-1485
5003317        EOS CCA,    PO Box 981025,    Boston, MA 02298-1025
5003320        FMS, Inc.,    PO Box 707600,    Tulsa, OK 74170-7600
5003318       +First Data,    5565 Glenridge Connector NE #2000,    Atlanta, GA 30342-4799
5003319        Firstsource Advantage, LLC,    PO Box 628,    Buffalo, NY 14240-0628
5003321       +Frank Countess,    CGA Professional Center,    135 North George Street,    York, PA 17401-1132
5003322       +Frederic I. Weinberg & Associates,    375 East Elm Street, Suite 210,
                Conshohocken, PA 19428-1973
5003325       +M&T Bank,    1 Fountain Plaza,    PO Box 1228,    Buffalo, NY 14240-1228
5003326       +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5003327        Merchants & Medical,    Credit Corporation, Inc.,    6324 Taylor Drive,    Flint, MI 48507-4685
5003331       #Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
5003332        Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
5003338       +TD Bank USA / Target Card,    PO Box 673,    Minneapolis, MN 55440-0673
5003339       +Toyota Motor Credit Company,    240 Gibraltar Road, Suite 260,    Horsham, PA 19044-2387
5009505       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5003309       +E-mail/Text: bsimmons@amsher.com Jan 29 2018 19:27:57      AmSher Collection Srv,
                4524 Southlake Parkway, Suite 15,    Hoover, AL 35244-3271
5003314        E-mail/Text: bankruptcy@cavps.com Jan 29 2018 19:27:52      Cavalry Portfolio Services,
                PO Box 27288,    Tempe, AZ 85285
5003311        E-mail/Text: cms-bk@cms-collect.com Jan 29 2018 19:27:24      Capital Management Services, LP,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
5003312        E-mail/Text: bnckohlsnotices@becket-lee.com Jan 29 2018 19:27:12      Capital One Bank / Kohl's,
                N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
5003323       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2018 19:31:28      LVNV Funding, LLC,
                PO Box 10497,    Greenville, SC 29603-0497
5008945       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2018 19:27:37      MIDLAND FUNDING LLC,
                MIDLAND CREDIT MANAGEMENT, INC. as agent,    for MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
5003328       +E-mail/Text: bkr@cardworks.com Jan 29 2018 19:27:08      Merrick Bank,    PO Box 9201,
                Old Bethpage, NY 11804-9001
5003329       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2018 19:27:37      Midland Funding, LLC,
                2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
5003335        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2018 19:31:44
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
5009649        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2018 19:31:44
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5003802       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2018 19:42:56
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5003333       +E-mail/Text: paparalegals@pandf.us Jan 29 2018 19:28:09      Patenaude & Felix, APC,
                Southpointe Center,    501 Corporate Drive #205,    Canonsburg, PA 15317-8584
5003336       +E-mail/Text: bankruptcy@sw-credit.com Jan 29 2018 19:27:38      Southwest Credit Systems,
                4120 International Parkway #1100,    Carrollton, TX 75007-1958
5003337        E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2018 19:25:40      Synchrony Bank / Old Navy,
                Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5003324*     +LVNV Funding, LLC,    PO Box 10497,    Greenville, SC 29603-0497
5003330*     +Midland Funding, LLC,    2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
5003334*     +Patenaude & Felix, APC,    Southpointe Center,    501 Corporate Drive #205,
                Canonsburg, PA 15317-8584
5003340*     +Toyota Motor Credit Company,    240 Gibraltar Road, Suite 260,    Horsham, PA 19044-2387
5015570*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:

              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Sheila Mari LaBoy pmurphy@dplglaw.com, kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Ricardo Cancel Serrano pmurphy@dplglaw.com, kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Ricardo Cancel Serrano aka Ricardo C. Serrano, aka Ricardo Abdiel Cancel Rivera, aka Ricardo C. Serrano–Serrano, aka Ricardo Cancel | Chapter | 13 |
| | Case No. | 1:17–bk–05157–HWV |
| Sheila Mari LaBoy pka Sheila Mari LaBoy Aguiar | | |
| Debtor(s) | | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**March 7, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 14, 2018 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: AGarner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 29, 2018 |