**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricardo Cancel Serrano<br>a/k/a Ricardo C. Serrano<br>a/k/a Ricardo Abdiel Cancel Rivera<br>a/k/a Ricardo Cancel<br>a/k/a Ricardo C. Serrano-Serrano<br>Sheila Mari LaBoy<br>p/k/a Sheila Mari LaBoy Aguiar<br>    **Debtor(s)** | **Chapter** 13<br><br>**Case No.** 1:17-BK-05157-HWV |

**NOTICE OF CHANGE OF ADDRESS**

The Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| **FROM** | **TO** |
|---|---|
| Monarch Recovery Management, Inc.<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | Monarch Recovery Management, Inc.<br>3260 Tillman Drive, Suite 75<br>Bensalem, PA 19020-2059 |

| | |
|---|---|
| Date: June 25, 2018 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |