```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 17-05157-HWV
Ricardo Cancel Serrano                                              Chapter 13
Sheila Mari LaBoy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner           Page 1 of 1            Date Rcvd: Aug 08, 2018
                              Form ID: orcnfpln       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.
db/jdb         +Ricardo Cancel Serrano,   Sheila Mari LaBoy,   1224 West King Street,   York, PA 17404-3410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Sheila Mari LaBoy pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Ricardo  Cancel Serrano pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

Case 1:17-bk-05157-HWV    Doc 35    Filed 08/10/18    Entered 08/11/18 00:43:32    Desc
                        Imaged Certificate of Notice    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Ricardo Cancel Serrano,<br>aka Ricardo C. Serrano, aka Ricardo Abdiel Cancel Rivera, aka Ricardo C. Serrano−Serrano, aka Ricardo Cancel, | Chapter | 13 |
| | Case No. | 1:17−bk−05157−HWV |

**Debtor 1**

Sheila Mari LaBoy,
pka Sheila Mari LaBoy Aguiar,

**Debtor 2**

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 19, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: August 8, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AGarner, Deputy Clerk

orcnfpln(05/18)