# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricardo Cancel Serrano<br>a/k/a Ricardo C. Serrano<br>a/k/a Ricardo Abdiel Cancel Rivera<br>a/k/a Ricardo Cancel<br>a/k/a Ricardo C. Serrano-Serrano<br>**Debtor 1**<br>Sheila Mari LaBoy<br>p/k/a Sheila Mari LaBoy Aguiar<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-05157-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 36 |
| West York Borough<br>**Movant(s)**<br>v.<br>Ricardo Cancel Serrano<br>a/k/a Ricardo C. Serrano<br>a/k/a Ricardo Abdiel Cancel Rivera<br>a/k/a Ricardo Cancel<br>a/k/a Ricardo C. Serrano-Serrano<br>Sheila Mari LaBoy<br>p/k/a Sheila Mari LaBoy Aguiar<br>**Respondent(s)**<br>Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Ricardo Cancel Serrano and Sheila Mari LaBoy, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    Admitted.

7.    Admitted.

8.    Admitted.

9.      Admitted.

10.     Admitted.  Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

11.     Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 11; therefore, it is denied.

12.     Admitted.

13.     Admitted.

14.     Denied.  Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 14; therefore, it is denied.

15.     Paragraph 15 contains a conclusion of law to which no response is required.

16.     Paragraph 16 contains a conclusion of law to which no response is required.

17.     Paragraph 17 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: November 30, 2020                     /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricardo Cancel Serrano<br>a/k/a Ricardo C. Serrano<br>a/k/a Ricardo Abdiel Cancel Rivera<br>a/k/a Ricardo Cancel<br>a/k/a Ricardo C. Serrano-Serrano<br>**Debtor 1**<br>Sheila Mari LaBoy<br>p/k/a Sheila Mari LaBoy Aguiar<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-05157-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 36 |

West York Borough
**Movant(s)**
v.
Ricardo Cancel Serrano
a/k/a Ricardo C. Serrano
a/k/a Ricardo Abdiel Cancel Rivera
a/k/a Ricardo Cancel
a/k/a Ricardo C. Serrano-Serrano
Sheila Mari LaBoy
p/k/a Sheila Mari LaBoy Aguiar
**Respondent(s)**
Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
**Additional Respondent**

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, November 30, 2020, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Craig Sharnetzka, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
*Counsel for Movant(s)*

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire