UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricardo Cancel Serrano<br>a/k/a Ricardo C. Serrano<br>a/k/a Ricardo Abdiel Cancel Rivera<br>a/k/a Ricardo Cancel<br>a/ka Ricardo C. Serrano-Serrano<br>    **Debtor 1**<br>Sheila Mari LaBoy<br>f/k/a Sheila Mari LaBoy Aguiar<br>    **Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-05157-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## MOTION FOR TERMINATION OF WAGE ATTACHMENT ORDER

AND NOW, come the Debtor(s), Ricardo Cancel Serrano and Sheila Mari LaBoy, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Termination of Wage Attachment Order and aver as follows:

1) Debtor(s) filed a Chapter 13 Petition on or about December 18, 2017.

2) Debtor 1 receives regular income from employment with Central Pennsylvania Transportation which has been attached under 11 U.S.C. §1326 to fund Debtor(s)' Chapter 13 Plan.

3) Debtor 1 wishes to terminate this wage attachment.

WHEREFORE, Debtor(s) respectfully requests that this Court enter an Order directing the above-mentioned employer to cease immediately this wage attachment to the Standing Chapter 13 Trustee.

| | |
|---|---|
| | Respectfully submitted, |
| Date: January 19, 2022 | /s/ Ricardo Cancel Serrano |
| | Debtor 1 |
| | **DETHLEFS PYKOSH & MURPHY** |
| | /s/ Paul D. Murphy-Ahles |
| | Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricardo Cancel Serrano<br>a/k/a Ricardo C. Serrano<br>a/k/a Ricardo Abdiel Cancel Rivera<br>a/k/a Ricardo Cancel<br>a/ka Ricardo C. Serrano-Serrano<br>    **Debtor 1**<br>Sheila Mari LaBoy<br>f/k/a Sheila Mari LaBoy Aguiar<br>    **Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-05157-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$53.77** from each **weekly** paycheck.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricardo Cancel Serrano<br>a/k/a Ricardo C. Serrano<br>a/k/a Ricardo Abdiel Cancel Rivera<br>a/k/a Ricardo Cancel<br>a/ka Ricardo C. Serrano-Serrano<br>  **Debtor 1**<br>Sheila Mari LaBoy<br>f/k/a Sheila Mari LaBoy Aguiar<br>  **Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-05157-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

# CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, January 19, 2022, I served a true and correct copy of the **Debtor(s)' Motion for Termination of Wage Attachment Order and proposed Order** in this proceeding upon the following:

<u>Via USPS First Class Mail</u>
Central Pennsylvania Transportation
Attn: Payroll Department
415 North Zarfoss Drive
York, PA 17404

<u>Via Electronic Means</u>
Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

            /s/ Kathryn S. Greene

            Kathryn S. Greene, RP®, Pa.C.P.
            Paralegal for Paul D. Murphy-Ahles, Esquire