## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| RICARDO CANCEL SERRANO | Case No.: 1-17-05157-HWV |
| SHEILA MARI LABOY | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name: M & T BANK
Court Claim Number: 21
Last Four of Loan Number: 4856/PRE ARREARS/1224 W KING ST
Property Address if applicable: 1224 WEST KING STREET, , YORK, PA17404-

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $3,725.37
b. Prepetition arrearages paid by the Trustee: $3,725.37
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $3,725.37

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 1, 2022 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　eMail:  info@pamd13trustee.com

Creditor Name:  M & T BANK  
Court Claim Number:  21

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 9006351 | 09/26/2019 | $45.06 | $0.00 | $45.06 |
| 5200 | 9006440 | 10/10/2019 | $100.48 | $0.00 | $100.48 |
| 5200 | 9006522 | 11/07/2019 | $192.28 | $0.00 | $192.28 |
| 5200 | 9006613 | 12/12/2019 | $240.34 | $0.00 | $240.34 |
| 5200 | 9006705 | 01/16/2020 | $192.28 | $0.00 | $192.28 |
| 5200 | 9006796 | 02/13/2020 | $240.35 | $0.00 | $240.35 |
| 5200 | 9006887 | 03/12/2020 | $192.28 | $0.00 | $192.28 |
| 5200 | 9007044 | 04/14/2020 | $240.34 | $0.00 | $240.34 |
| 5200 | 9007237 | 05/06/2020 | $139.10 | $0.00 | $139.10 |
| 5200 | 9007473 | 06/02/2020 | $185.46 | $0.00 | $185.46 |
| 5200 | 9007753 | 07/07/2020 | $231.82 | $0.00 | $231.82 |
| 5200 | 9008054 | 08/12/2020 | $231.82 | $0.00 | $231.82 |
| 5200 | 9008373 | 09/17/2020 | $231.82 | $0.00 | $231.82 |
| 5200 | 9008692 | 10/15/2020 | $185.46 | $0.00 | $185.46 |
| 5200 | 9008965 | 11/03/2020 | $140.64 | $0.00 | $140.64 |
| 5200 | 9009245 | 12/10/2020 | $234.42 | $0.00 | $234.42 |
| 5200 | 9009775 | 01/19/2021 | $234.40 | $0.00 | $234.40 |
| 5200 | 9010072 | 02/17/2021 | $234.41 | $0.00 | $234.41 |
| 5200 | 9010370 | 03/17/2021 | $187.53 | $0.00 | $187.53 |
| 5200 | 9010658 | 04/15/2021 | $45.08 | $0.00 | $45.08 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RICARDO CANCEL SERRANO  Case No.: 1-17-05157-HWV
SHEILA MARI LABOY  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| M&T BANK<br>PO BOX 1288<br>BUFFALO, NY, 14240-1288 | SERVED BY 1ST CLASS MAIL |
| RICARDO CANCEL SERRANO<br>SHEILA MARI LABOY<br>1224 WEST KING STREET<br>YORK, PA 17404- | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 1, 2022

s/ Donna Schott
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com